UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WHITE COAT WASTE PROJECT,** | |
| **Plaintiff,** | |
| v. | Civ. A. No. 19-3837-DLF |
| **UNITED STATES DEPARTMENT VETERANS AFFAIRS,** | |
| **Defendant.** | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: January 15, 2021              Respectfully submitted,

/s/ Matthew Strugar
MATTHEW STRUGAR
D.C. Bar # 1010198
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299
matthew@matthewstrugar.com

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: //s// *John C. Truong*
JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524
E-mail: John.Truong@usdoj.gov
Counsel for Defendant